NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**KARINA ESPINOZA-PALMER,**

*Petitioner*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent*

_____

2023-2268

_____

Petition for review of the Merit Systems Protection Board in No. DC-4324-22-0582-A-1.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    ESPINOZA-PALMER V. DVA

(2)  Each side shall bear their own costs.

FOR THE COURT

February 5, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 5, 2024